# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KEMO D. WHIRL** (B-55932), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17 C 926 |
| **WEXFORD HEALTH SOURCES, INC.**, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This action, originally filed by pro se plaintiff Kemo Whirl ("Whirl") in the Circuit Court of the Fourth Judicial Circuit, Marion County, Illinois, was timely removed by Susan Tuell, the only then-served defendant, to the United States District Court for the Southern District of Illinois. That court has in turn transferred the action to this United States District Court for the Northern District of Illinois, and this District's computerized random assignment system has delivered the action to this Court's calendar.

But it requires only a brief look at the papers in the case to see that the events that constitute the gravamen of Whirl's Complaint occurred at Dixon Correctional Center, which is located in Lee County and thus in the Western Division, not this Eastern Division, of the Northern District of Illinois. Accordingly this Court sua sponte transfers this action to the Western Division of this District Court (see 28 U.S.C. § 1406(a)), and the Clerk of Court is directed to transfer the Complaint and other pleadings to that Division forthwith.

_____
Milton I. Shadur
Date: February 7, 2017          Senior United States District Judge