FILED
JAN 07 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KEMO D. WHIRL, #B-55932, | ) |
|     Plaintiff, | ) No.: 17-cv-926 |
| V. | ) Hon. Judge Philip G. Reinhard |
| SUSAN TUELL, | ) Magistrate Judge Iain D. Johnston |
|     Defendant. | ) |

## MOTION FOR LEAVE TO REPLY TO DEFENDANT TUELL'S REPLY IN SUPPORT OF SUMMARY JUDGMENT

COMES NOW, the Plaintiff, **KEMO D. WHIRL**, pro se and respectfully moves this Court for leave to reply to Defendant, SUSAN TUELL's Reply in Support of Summary Judgment. And in support of his motion, Plaintiff states the following:

1. Plaintiff is proceeding pro se before this Court.

2. Plaintiff has no legal experience nor formal training in the science of juris prudence. It was not until December 22, 2018, after consulting with an attorney did the Plaintiff learn that he could request leave from the Court to file a reply to Defendant's reply.

3. Leave is necessary in this matter for there are matters which clarity is needed. Defendant erronelously raised issues in her reply, in which the Plaintiff will not have the opportunity to respond and clarify without the Court's granting him leave. This will subject the Plaintiff to unfair prejudice and surprise.

4. Leave should should be freely given to the parties as to allow due process and fundamental fairness in the judicial process.

5. Allowing Plaintiff leave will not delay the process nor will it prejudice the Defendant in this proceedings.

6. Attached and incorporated with this motion, Plaintiff's Reply to Defendant's Reply in Support of Summary Judgment. Exhibit "A".

WHEREFORE, the Plaintiff prays this Honorable Court grants his request for leave instanter to file a reply in response to Defendant's Reply in Support of Summary Judgment. And, any and all relief this Court determines just, fair, and equitable.

Respectfully Submitted,

01/03/2019
DATE

/s/ Kemo D. Whirl
KEMO D. WHIRL, Plaintiff, pro se

Kemo D. Whirl, #B-55932
Centralia CC
P.O. Box 7711
Centralia, IL 62801

Plaintiff-Pro Se

2.